# EXHIBIT D

**SCHEDULE OF ASSIGNMENTS**

The subject Mortgage was assigned to Plaza Home Mortgage, Inc, by Assignment of Mortgage recorded on April 5, 2019 in Book M 13892 at Page 984.

The subject Mortgage was assigned to PHH Mortgage Corporation, by Assignment of Mortgage recorded on August 30, 2021 in Book M 14012 at Page 1619.

ERIE COUNTY CLERK'S OFFICE

County Clerk's Recording Page

Return to:

Party 1:
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC NOM

Party 2:
PLAZA HOME MORTGAGE INC

**Book Type: M Book: 13892 Page: 984**

| | |
|---|---|
| Page Count: | 2 |
| Doc Type: | ASSIGN-MTG |
| Rec Date: | 04/05/2019 |
| Rec Time: | 09:52:37 AM |
| Control #: | 2019066004 |
| UserID: | ERECORD |
| Trans #: | 19051668 |

Document Sequence Number

**Recording Fees:**

| | |
|---|---|
| RECORDING | $30.00 |
| COE CO $1 RET | $1.00 |
| COE STATE $14.25 GEN | $14.25 |
| COE STATE $4.75 RM | $4.75 |
| MARKOFF FEE | $0.50 |

**Consideration Amount: 0.00**

| | |
|---|---|
| BASIC MT | $0.00 |
| SONYMA MT | $0.00 |
| ADDL MT/NFTA | $0.00 |
| SP MT/M-RAIL | $0.00 |
| NY STATE TT | $0.00 |
| ROAD FUND TT | $0.00 |

**Total: $50.50**

STATE OF NEW YORK
ERIE COUNTY CLERK'S OFFICE

WARNING – THIS SHEET CONSTITUTES THE CLERK'S ENDORSEMENT REQUIRED BY SECTION 319&316-a (5) OF THE REAL PROPERTY LAW OF THE STATE OF NEW YORK. DO NOT DETACH. THIS IS NOT A BILL.

Michael P. Kearns
Erie County Clerk

When Recorded Return To:
PHH Mortgage
C/O Nationwide Title Clearing, Inc.
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

**FOR GOOD AND VALUABLE CONSIDERATION,** the sufficiency of which is hereby acknowledged, the undersigned, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR OWNERSCHOICE FUNDING, INCORPORATED, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: 1901 E Voorhees St., Suite C, Danville, IL 61834)** by these presents does convey, grant, assign, transfer and set over the described Mortgage, as the same has not been consolidated, extended or modified, with all interest secured thereby, all liens, and any rights due or to become due thereon to **PLAZA HOME MORTGAGE INC, WHOSE ADDRESS IS 6420 SEQUENCE DRIVE, SUITE 200, SAN DIEGO, CA 92121, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

MERS Address: Mortgage Electronic Registration Systems, Inc., 1901 E. Voorhees St., Suite C, Danville, IL 61834

Said Mortgage is dated 09/21/2018, made by **RAYMOND P MYERS SR AND ANITA A MYERS** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR OWNERSCHOICE FUNDING, INCORPORATED, ITS SUCCESSORS AND ASSIGNS**, in the principal sum of $135,500.00 and recorded on 09/21/2018, in **Book 13871 and Page 1100**, in the office of the Registry of **ERIE** County, **NY**.

This mortgage(s) has not been assigned of record.

This Assignment is not subject to the requirements of section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

**Dated this 04th day of April in the year 2019.**
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR OWNERSCHOICE FUNDING, INCORPORATED, ITS SUCCESSORS AND ASSIGNS**

**JEANETTE ROIKES**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

**SUSAN HICKS**
**WITNESS**

STATE OF FLORIDA COUNTY OF PINELLAS
Before me, this 04th day of April in the year 2019, the undersigned, personally appeared **Jeanette Roikes** as VICE PRESIDENT for **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR OWNERSCHOICE FUNDING, INCORPORATED, ITS SUCCESSORS AND ASSIGNS**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that they executed the same in their capacity(ies), and that by their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

**ASHLEY MORRELL**
**COMM EXPIRES: 04/29/2022**

NOTARY PUBLIC STATE OF FLORIDA
ASHLEY MORRELL
Notary Public - State of Florida
Commission # GG 212021
My Comm. Expires Apr 29, 2022
Bonded through National Notary Assn.

**Document Prepared By: Dave LaRose/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152**
Property(S/B/L)
[redacted] NVLLER $50.50 MIN [redacted] MERS PHONE 1-888-679-6377 MERS Mailing [redacted] Voorhees St., Suite C, Danville, IL 61834; P.O. Box 2026, Flint, MI 48501-2026 DOCR T041904-01:28:18 [C-1] EFRMNY1

[redacted]

ERIE COUNTY CLERK'S OFFICE

County Clerk's Recording Page

Return to:

Party 1:
PLAZA HOME MORTGAGE INC

Party 2:
PHH MORTGAGE CORPORATION

**Book Type: M Book: 14012 Page: 1619**

| | |
|---|---|
| Page Count: | 3 |
| Doc Type: | ASSIGN-MTG |
| Rec Date: | 08/30/2021 |
| Rec Time: | 09:54:04 AM |
| Control #: | 2021170396 |
| UserID: | ERECORD |
| Trans #: | 21142679 |

Document Sequence Number

**Recording Fees:**

| | |
|---|---|
| RECORDING | $35.00 |
| COE CO $1 RET | $1.00 |
| COE STATE $14.25 GEN | $14.25 |
| COE STATE $4.75 RM | $4.75 |
| MARKOFF FEE | $0.50 |

**Consideration Amount: 0.00**

| | |
|---|---|
| BASIC MT | $0.00 |
| SONYMA MT | $0.00 |
| ADDL MT/NFTA | $0.00 |
| SP MT/M-RAIL | $0.00 |
| NY STATE TT | $0.00 |
| ROAD FUND TT | $0.00 |

**Total: $55.50**

STATE OF NEW YORK
ERIE COUNTY CLERK'S OFFICE

WARNING – THIS SHEET CONSTITUTES THE CLERK'S ENDORSEMENT REQUIRED BY SECTION 319&316-a (5) OF THE REAL PROPERTY LAW OF THE STATE OF NEW YORK. DO NOT DETACH. THIS IS NOT A BILL.

Michael P. Kearns
Erie County Clerk

**When Recorded Return To:**
**PHH Mortgage Corporation**
**C/O Nationwide Title Clearing,**
**Inc. 2100 Alt. 19 North**
**Palm Harbor, FL 34683**

**Loan Number** [redacted]

## ASSIGNMENT OF MORTGAGE

**FOR GOOD AND VALUABLE CONSIDERATION**, the sufficiency of which is hereby acknowledged, the undersigned, **PLAZA HOME MORTGAGE, INC., WHOSE ADDRESS IS C/O PHH MORTGAGE CORPORATION, 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407, (ASSIGNOR)**, by these presents does convey, grant, assign, transfer and set over the described Mortgage, as the same has not been consolidated, extended or modified, with all interest secured thereby, all liens, and any rights due or to become due thereon to **PHH MORTGAGE CORPORATION, WHOSE ADDRESS IS 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407 (800)449-8767, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Mortgage is dated 09/21/2018, made by **RAYMOND P. MYERS SR. AND ANITA A. MYERS** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR OWNERSCHOICE FUNDING, INCORPORATED, ITS SUCCESSORS AND ASSIGNS**, in the principal sum of $135,500.00 and recorded on 09/21/2018, in **Book 13871, Page 1100 and Control # 2018189136** in the office of the Registry of **ERIE** County, **NEW YORK**.

Property address: 2766 CLOVERBANK ROAD
HAMBURG, NY 14075

See Exhibit attached for Assignments, Modifications etc.
This Assignment is not subject to the requirements of section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

**Dated this 19th day of August, 2021**
**PLAZA HOME MORTGAGE, INC.**

**By:** [signature]
**Donna Valenzano, VICE PRESIDENT**

**By:** [signature]
**Witness** **Netty N. Bangala**

STATE OF FLORIDA COUNTY OF PALM BEACH

Before me by means of [X] physical presence or [ ] online notarization on, this 19th day of August, 2021, the undersigned, personally appeared Donna Valenzano as VICE PRESIDENT for PLAZA HOME MORTGAGE, INC., personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

[signature]
**Kelley Earle**
Notary Public - STATE OF FLORIDA
Commission expires: 12/18/2023

Notary Public State of Florida
Kelley Earle
My Commission GG 937927
Expires 12/18/2023

**Document Prepared By: Donna Valenzano, PHH Mortgage Corporation, a subsidiary of Ocwen Financial Corporation, 5720 Premier Park Drive West Palm Beach, FL 33407 800-210-8849**
[redacted] $55.50 T172108-08:52:56 [C-2] FRMNY1
[redacted]

Loan Number [redacted]

Exhibit

Assignment: Mortgage Electronic Registration Systems, Inc as nominee for OWNERSCHOICE FUNDING, INCORPORATED, ITS SUCCESSORS AND ASSIGNS TO PLAZA HOME MORTGAGE INC., DATED 04-04-2019. REC: 04-05-2019 BK 13892 PG 984 INSTR# 2019066004

[redacted]