United States District Court
Western District of New York

Onity Mortgage Corporation f/k/a PHH Mortgage Corporation,

Plaintiff,

-against-

Raymond P. Myers, Sr.; Anita A. Myers; Meridia Community Federal Credit Union,

"John Doe #1" through "John Doe #12," the last twelve names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest in or lien upon the premises, described in the complaint,

Defendant(s).

Civil Action No.:
26-CV-01810

**NOTICE OF APPEARANCE AND**

**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears on behalf of Plaintiff, by and through its counsel, Robertson, Anschutz, Schneid, Crane and Partners, PLLC, and such counsel hereby requests that copies of all notices given or required to be given and all papers required to be served in this case be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List::

**SARA Z. BORISKIN, ESQ.**

Robertson, Anschutz, Schneid, Crane and Partners, PLLC
900 MERCHANTS CONCOURSE, SUITE 310

WESTBURY, NY 11590

Dated: August 19, 2026

**Robertson, Anschutz, Schneid, Crane and Partners, PLLC**
Attorneys for Plaintiff

/s/ Sara Z. Boriskin, Esq.
By: ______________________________
Sara Z. Boriskin, Esq.
900 Merchants Concourse, Suite 310
Westbury, NY 11590
Phone: (516) 280-7675
Email: sboriskin@raslg.com